IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SPHYNX R.E.I., LLC, *et al.*,

    Plaintiffs,

v.

DACS GROUP, LLC, *et al.*,

    Defendants.

3:22-CV-132
(JUDGE MARIANI)

FILED
SCRANTON

FEB 03 2023

PER _____
DEPUTY CLERK

## ORDER

AND NOW, THIS 3rd DAY OF FEBRUARY, 2023, upon review of Magistrate Judge Karoline Mehalchick's Report & Recommendation ("R&R") (Doc. 17) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 17) is **ADOPTED** for the reasons stated therein.

2. The above-captioned action is **REMANDED** to the Court of Common Pleas of Luzerne County.

3. Defendant Reid's Motion to Dismiss (Doc. 11) is **DISMISSED** for lack of subject matter jurisdiction.

4. The Clerk of Court is directed to **CLOSE** the federal action.

5. The Clerk of Court is directed to mail a certified copy of this order of remand to the Clerk of the Court of Common Pleas of Luzerne County.

Robert D. Mariani
United States District Court Judge